Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COREY LESTER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY COLLECTION SERVICE, LLC,<br><br>Defendant. | NO. 2:17-cv-01260-RSL<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXTENDING TIME TO FILE<br>RESPONSIVE PLEADING<br><br>Note on Motion Calendar:<br>September 14, 2017 |

Pursuant to LCR 10(g), Plaintiff Corey Lester and Defendant Valley Collection Service, LLC, by and through their attorneys of record, hereby stipulate and agree that Defendant shall have an additional 21 days—until October 5, 2017—to file a responsive pleading to Plaintiff's complaint.

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO FILE
RESPONSIVE PLEADING (2:17-cv-01260-RSL)

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1172347.docx/091417 1047/9998-0043

Respectfully submitted this 14th day of September, 2017.

KAZEROUNI LAW GROUP

By/s/ *Ryan L. McBride [per email authorization]*
By/s/ *Abbas Kazerounian [per email authorization]*
   Ryan L. McBride, WSBA #50751
   Abbas Kazerounian, WSBA #48522
Kazerouni Law Group
1546 NW 56th St.
Seattle, Washington 98107
Tel.:   (800) 400-6808
Fax:   (800) 520-5523
E-mail: ak@kazlg.com
E-mail: ryan@kazlg.com
Attorneys for Plaintiff

Respectfully submitted this 14th day of September, 2017.

BETTS, PATTERSON & MINES, P.S.

By/s/*James D. Nelson*
By/s/*Shaina R. Johnson*
By/s/*Natalie A. Moore*
   James D. Nelson, WSBA #11134
   Shaina R. Johnson, WSBA #46079
   Natalie A. Moore, WSBA #45333
Betts, Patterson & Mines P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Tel.:   (206) 292-9988
Fax:   (206) 343-7053
E-mail: jnelson@bpmlaw.com
E-mail: sjohnson@bpmlaw.com
E-mail: nmoore@bpmlaw.com
Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING (2:17-cv-01260-RSL)

- 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1172347.docx/091417 1047/9998-0043

## ORDER

IT IS SO ORDERED.

DATED this 21st day of Sept., 2017

/s/ M S Lasnik

UNITED STATES DISTRICT JUDGE

Presented by:

BETTS, PATTERSON & MINES, P.S.

By /s/ James D. Nelson
By /s/ Shaina R. Johnson
By /s/ Natalie A. Moore
    James D. Nelson, WSBA #11134
    Shaina R. Johnson, WSBA #46079
    Natalie A. Moore, WSBA #45333
Betts, Patterson & Mines P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Telephone:  (206) 292-9988
Facsimile:  (206) 343-7053
E-mail: jnelson@bpmlaw.com
E-mail: sjohnson@bpmlaw.com
E-mail: nmoore@bpmlaw.com
Attorneys for Defendant

KAZEROUNI LAW GROUP

By /s/ Ryan L. McBride [per email authorization]
By /s/ Abbas Kazerounian [per email authorization]
    Ryan L. McBride, WSBA #50751
    Abbas Kazerounian, WSBA #48522
Kazerouni Law Group
1546 NW 56th St.
Seattle, Washington 98107
Tel.:  (800) 400-6808
Fax:  (800) 520-5523
E-mail: ak@kazlg.com
E-mail: ryan@kazlg.com
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING (2:17-cv-01260-RSL)

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1172347.docx/091417 1047/9998-0043