UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COREY LESTER, on behalf of himself and other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY COLLECTION SERVICE, LLC,,<br><br>Defendant. | CASE NO. 2:17-cv-01260-RSL<br><br>SECOND STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING |

    Pursuant to LCR 10(g), Plaintiff Corey Lester and Defendant Valley Collection Service, LLC, by and through their attorneys of record, hereby stipulate and agree that Defendant shall have an additional 7 days—until October 12, 2017—to file a responsive pleading to Plaintiff's complaint.

SECOND STIPULATED AND
ORDER EXTENDING TIME TO
FILE RESPONSIVE PLEADING
(CASE NO.: 2:17-CV-01260-RSL)     - 1 -

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street,
Seattle, Washington 98101-3927

| | |
|---|---|
| Respectfully submitted this<br>4th day of October, 2017. | Respectfully submitted this<br>4th day of October, 2017. |
| KAZEROUNI LAW GROUP | BETTS, PATTERSON & MINES, P.S. |
| By*/s/ Ryan L. McBride* *[per email authorization]*<br>By*/s/ Abbas Kazerounian* *[per email authorization]*<br>  Ryan L. McBride, WSBA #50751<br>  Abbas Kazerounian, WSBA #48522<br>Kazerouni Law Group<br>1546 NW 56th St.<br>Seattle, Washington 98107<br>Tel.: (800) 400-6808<br>Fax: (800) 520-5523<br>E-mail: ak@kazlg.com<br>E-mail: ryan@kazlg.com<br>Attorneys for Plaintiff | By*/s/James D. Nelson*<br>By*/s/Shaina R. Johnson*<br>By*/s/Natalie A. Moore*<br>  James D. Nelson, WSBA #11134<br>  Shaina R. Johnson, WSBA #46079<br>  Natalie A. Moore, WSBA #45333<br>Betts, Patterson & Mines P.S.<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle, WA 98101-3927<br>E-mail: jnelson@bpmlaw.com<br>E-mail: sjohnson@bpmlaw.com<br>E-mail: nmoore@bpmlaw.com<br>Attorneys for Defendant |

SECOND STIPULATED AND
ORDER EXTENDING TIME TO
FILE RESPONSIVE PLEADING
(CASE NO.: 2:17-CV-01260-RSL)      - 2 -

BETTS, PATTERSON & MINES, P.S.
One Convention Place, Suite 1400
701 Pike Street,
Seattle, Washington 98101-3927

**ORDER**

IT IS SO ORDERED.

DATED this 4th day of October, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

BETTS, PATTERSON & MINES, P.S.
By*/s/James D. Nelson*
By*/s/Shaina R. Johnson*
By*/s/Natalie A. Moore*
    James D. Nelson, WSBA #11134
    Shaina R. Johnson, WSBA #46079
    Natalie A. Moore, WSBA #45333
Betts, Patterson & Mines P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Tel.: (206) 292-9988
Fax: (206) 343-7053
E-mail: jnelson@bpmlaw.com
E-mail: sjohnson@bpmlaw.com
E-mail: nmoore@bpmlaw.com
Attorneys for Defendant

KAZEROUNI LAW GROUP
By*/s/ Ryan L. McBride [per email authorization]*
By*/s/ Abbas Kazerounian [per email authorization]*
    Ryan L. McBride, WSBA #50751
    Abbas Kazerounian, WSBA #48522
Kazerouni Law Group
1546 NW 56th St.
Seattle, Washington 98107
Tel.: (800) 400-6808
Fax: (800) 520-5523
E-mail: ak@kazlg.com
E-mail: ryan@kazlg.com
Attorneys for Plaintiff