THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COREY LESTER, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VALLEY COLLECTION SERVICE, LLC,<br><br>　　　　　　　　　　　　Defendant. | NO. 2:17-CV-01260 RSL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>NOTE ON MOTION CALENDAR: Tuesday, November 21, 2017<br><br>**[CLERK'S ACTION REQUIRED]** |

**TO:**　Clerk of the Court

**AND TO:**　All Counsel of Record

## I.　STIPULATION

PLEASE BE ADVISED that **James D. Nelson, Shaina R. Johnson, and Natalie A. Moore** of Betts, Patterson & Mines P.S. hereby withdraw as attorneys for Defendant Valley Collection Service, LLC, in the above-captioned lawsuit, and consent to the substitution of **Jonathan D. Holt** and **Kristen F. Barnhart** of Scheer Law Group LLP, effective on the date set forth below.

STIPULATION AND ~~PROPOSED~~ ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(Cause No. 2:17-cv-01260 RSL) – Page 1

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200　F: (206) 223-4065

1  YOU ARE HEREBY NOTIFIED that all further notices and pleadings in this matter, except
2  original process, shall be served upon the following:

3  

4  Jonathan D. Holt, WSBA No. 28433
   dholt@scheerlaw.com
5  Kristen F. Barnhart, WSBA No. 51135
   kbarnhart@scheerlaw.com
6  Scheer Law Group LLP
   701 Pike Street, Suite 2200
7  Seattle, WA 98101
   Tel: 206-262-1200
8  Fax: 206-223-4065

9  

10  DATED this 21th day of November, 2017.

11  **Withdrawing Attorney:**
    BETTS, PATTERSON & MINES P.S.

12  

13  By    /s   James D. Nelson
          /s   Shaina R. Johnson
14        /s   Natalie A. Moore
    James D. Nelson, WSBA No. 11134
15  Shaina R. Johnson, WSBA No. 46079
    Natalie A. Moore, WSBA No. 45333
16  Withdrawing Attorneys for Defendant
    Valley Collection Service, LLC

17  

18  **Substituting Attorney:**
    SCHEER LAW GROUP LLP

19  

20  By
    Jonathan D. Holt, WSBA No. 28433
21  dholt@scheerlaw.com
    Kristen F. Barnhart, WSBA No. 51135
22  kbarnhart@scheerlaw.com
    Substituting Attorneys for Defendant
23  Valley Collection Service, LLC

24
25
26

STIPULATION AND PROPOSED ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(Cause No. 2:17-cv-01260 RSL) – Page 2

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

44  nk208702

| | |
|---|---|

## II. ORDER

IT IS HEREBY ORDER ADJUDGED AND DECREED that the aforementioned withdrawal and substitution of counsel is granted.

Dated this 13th day of December, 2017.

_/s/ M. S. Lasnik_
UNITED STATES DISTRICT COURT JUDGE

Presented by:

SCHEER LAW GROUP LLP

By _/s/_
Jonathan D. Holt, WSBA No. 28433
dholt@scheerlaw.com
Kristen F. Barnhart, WSBA No. 51135
kbarnhart@scheerlaw.com
Substituting Attorneys for Defendant
Valley Collection Service, LLC

STIPULATION AND PROPOSED ORDER GRANTING
WITHDRAWAL AND SUBSTITUTION OF COUNSEL
(Cause No. 2:17-cv-01260 RSL) – Page 3

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

44 nk208702