UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Corey Lester, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>Valley Collection Service, LLC,<br><br>    Defendant. | CASE NO. 2:17-cv-01260-RSL<br><br>**ORDER** |

Pursuant to the parties' stipulation and for good cause shown, the deadline for Plaintiff to file a Motion for Class Certification is extended until 21 days after the Court submits a decision regarding Defendant's Motion for Summary Judgment.

Date: April 9, 2018        _____
                                              District Court Judge

-1-