THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COREY LESTER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY COLLECTION SERVICE, LLC,<br><br>Defendant. | NO. C17-1260RSL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL OF CLAIMS |

## I.    STIPULATION

Plaintiff Corey Lester, ("Plaintiff") by and through his attorneys of record, and Defendant Valley Collection Service, LLC ("Valley"), by and through its attorneys of record, hereby stipulate and agree that all individual claims brought in Plaintiff's class action complaint shall be dismissed with prejudice and without cause, and without costs to any party. Dismissal of the claims of the purported class is without prejudice.

DATED this 12th day of June, 2018.

//

//

//

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL
OF CLAIMS (Cause No. C17-1260RSL) – Page 1

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

SCHEER LAW GROUP LLP

By *s/ Jonathan Dirk Holt*
   *s/ David E. Worley*
Jonathan Dirk Holt, WSBA No. 28433
DHolt@scheerlaw.com
David E. Worley, WSBA No. 46948
DWorley@scheerlaw.com
701 Pike Street, Suite 2200
Seattle, WA 98101
Tel.: 206-262-1200; Fax: 206-223-4065

*Attorneys for Defendant Valley Collection Service, LLC.*

KAZEROUNI LAW GROUP

By *s/ Ryan L. McBride*
Ryan L. McBride, WSBA No. 50751
Ryan@kazlg.com
1546 NW 56th Street
Seattle, WA 98107
Tel.: (800) 400-6808; Fax: (800) 520-5523

*Attorney for Plaintiff*

STIPULATION AND PROPOSED ORDER OF DISMISSAL
OF CLAIMS (Cause No. C17-1260RSL) – Page 2

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

44 of081101

## II. ORDER

Plaintiff Corey Lester and Defendant Valley Collection Service, LLC having stipulated for dismissal of Plaintiff's claims against Defendant, with each party bearing their own costs and attorney's fees, and the Court being fully advised in the premise: NOW THEREFORE,

IT IS HEREBY ORDERED that all claims brought by Plaintiff Corey Lester individually are hereby dismissed with prejudice and without cause, and without an award of costs or fees to any party.

IT IS FURTHER ORDERED that all claims brought by Plaintiff Corey Lester on behalf of the purported class are dismissed without prejudice, and without an award of costs or fees to any party.

DATED this 18th day of June, 2018.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented By:

SCHEER LAW GROUP LLP

By *s/ Jonathan Dirk Holt*
  *s/ David E. Worley*
Jonathan Dirk Holt, WSBA No. 28433
DHolt@scheerlaw.com
David E. Worley, WSBA No. 46948
DWorley@scheerlaw.com
701 Pike Street, Suite 2200
Seattle, WA 98101
Tel.: 206-262-1200; Fax: 206-223-4065

*Attorneys for Defendant Valley Collection Service, LLC.*

STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL OF CLAIMS (Cause No. C17-1260RSL) – Page 3

SCHEER LAW GROUP LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200 F: (206) 223-4065

44 of081101